IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

RICHARD CHAE – #224610

No. C 12-80279 WHA

**ORDER OF SUSPENSION**

/

Because Richard Chae has failed to respond to the order to show cause, Mr. Chae's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE